*E-Filed 12/21/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAHEE ABDULLAH RAHSEED, | No. C 12-5891 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| YNSON, Warden, | |
| Respondent. | |

This is a federal habeas corpus action. The Court granted petitioner 30 days to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00. More than 30 days have passed and petitioner has not filed an IFP application or paid the filing fee. Accordingly, the action is hereby DISMISSED without prejudice. Any motion to reopen **must** contain either (1) a complete IFP application, or (2) payment for the entire filing fee of $5.00. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: December 21, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-5891 RS (PR)
ORDER OF DISMISSAL